

# MEMORANDUM

United States Probation
and Pretrial Services Office
Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR - 7 2014

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

**To:** The Honorable Billy Roy Wilson
United States District Judge

**From:** Jason Stewart
Supervisory U.S. Probation Officer

**Re:** GIENG, Johnny
Dkt. No: 4:03CR00284 BRW
**Request for Early Termination of Supervised Release**

**Date:** April 1, 2014

On March 7, 2005, the defendant was sentenced before the Honorable George Howard, Jr., for the offense of 21 U.S.C. § 846, conspiracy to possess with intent to distribute and distribute more than 50 grams of methamphetamine, as follows: 108 months Bureau of Prisons, 5 years supervised release, DNA collection, supervised release to be administered by the district where the defendant is a legal resident or where a suitable release plan has been developed, and $100 special penalty assessment.

On February 11, 2008, the case was reassigned to Your Honor. Mr. Gieng began his term of supervised release on August 19, 2011. He is currently residing in California and is being supervised by the Central District of California U.S. Probation Office.

18 U.S.C. §3583(e)(1) permits the Court to terminate terms of supervised release in felony cases after the expiration of one year of supervision if it is satisfied that such action is warranted by the conduct of an offender and is in the interest of justice.

On March 24, 2014, a letter from the Central District of California U.S. Probation Officer supervising Mr. Gieng was received. The officer advised that Mr. Gieng has completed 31 months of the 60 month term of supervision. All special conditions ordered by the Court have been satisfied, residence and employment have remained stable, and there have been no new criminal convictions. Additionally, Mr. Gieng is not a career violent and/or drug offender as described in 28 U.S.C. § 994(h), sex offender, or terrorist, and presents no identified risk to the public or victims, and is free from any moderate or high severity violations. Therefore, early termination of supervision is recommended. Assistant U.S. Attorney Patrick Harris was contacted and advised the Government has no objections to early termination of supervision.

After considering this request, please note the Court's decision below. Should the Court require any further information or have any questions, please contact me at your convenience at (501) 604-5244.

**Approved:** _Bill W_____    Date: _4-7-2014_
United States District Judge

**Denied:** _____    Date: _____
United States District Judge

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### PROBATION OFFICE

March 14, 2014

**MICHELLE A. CAREY**
**CHIEF PROBATION OFFICER**

1901 W. PACIFIC AVENUE
SUITE 102
WEST COVINA, CA 91790-2080

8442

RECEIVED

MAR 2 4 2014

U.S. PROBATION OFFICE
EASTERN ARKANSAS

## REQUEST FOR EARLY TERMINATION

Mr. Eddie Towe
Chief U. S. Probation Officer
United States Probation Office
Richard Sheppard Arnold U. S. Courthouse
600 West Capitol Ave, Room A-226,
Little Rock, Arkansas 72201

Re: GIENG, Johnny
Docket No.: 03-284

Dear Mr. Towe:

The above-named supervisee was sentenced within your district pursuant to the attached Judgment and Commitment Order. The supervisee is presently being supervised by the Central District of California and is being recommended for early termination from supervision.

**Supervision Compliance:** The supervisee has completed 31 months of a 60-month term of supervision. All special conditions ordered by the Court have been satisfied, residence and employment have remained stable, and there have been no new criminal convictions. Local and statutory criteria for early termination have been met.

Mr. Gieng has been steadily employed as a sales merchandiser for West Asian for the past two years. His latest PCRA risk level (2/13/14) is LOW with social networks and education/employment as the only dynamic risk factors.

**Recommendation:** It is recommended that the sentencing Court order early termination of this supervision term.

Very truly yours,

DEBORAH Y. CONSIGLIO
U. S. Probation Officer
Telephone No. (626) 960-4939

BRADY McCORD, Supervising
U. S. Probation Officer
Telephone No. (626) 338-4388

---

SENTENCING DISTRICT'S RESPONSE:     ☐ Approved     ☐ Disapproved

COMMENTS:

---

Probation Officer's Signature                                    Date